DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CESAR PEREZ SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00246 LJO |
| *Plaintiff,* | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER THEREON |
| v. | |
| CESAR PEREZ SANCHEZ, | |
| *Defendant.* | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the terms of pretrial release be modified for the above named defendant to add the condition that "Defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;  All prior terms and conditions of pretrial release, not in conflict, shall remain in full force and effect."  This modification is sought by all parties, including Pretrial Services Officer Dan Stark,

///

///

///

///

///

1

to allow for counseling to help Mr. Sanchez deal with the current stresses and issues in his life. No conduct which is in violation of any pretrial order has been alleged or is suspected.

BENJAMIN B. WAGNER<br>
United States Attorney

DATED: July 19, 2010                    By:   /s/  Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED: July 19, 2010                    By:   /s/  Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorneys for Defendant

## **O R D E R**

IT IS SO ORDERED that the terms of pretrial release be modified for the above named defendant to add the condition that "Defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer; All prior terms and conditions of pretrial release, not in conflict, shall remain in full force and effect."

IT IS SO ORDERED.

**Dated:   July 20, 2010**                   /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE